IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERRY JACKSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : NO. 5:13-CV-10 (MTT) | |
| Warden CARL HUMPHREY, *et al.*, : | |
| : | |
| Defendants. : **O R D E R** | |

Plaintiff **JERRY JACKSON**, an inmate at Georgia Diagnostic and Classification Prison, filed a civil rights complaint under 42 U.S.C. § 1983. He now moves for voluntary dismissal of this action (Doc. 17).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Accordingly, Plaintiff's request that this action be dismissed is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.[1]

**SO ORDERED**, this 27th day of August, 2013.

                                                              S/ Marc T. Treadwell
                                                              MARC T. TREADWELL, JUDGE
                                                              UNITED STATES DISTRICT COURT

cr

---

[1] Plaintiff's pending motions (Docs. 15 & 16) are **DENIED** as moot.